**Opinion issued November 20, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00443-CV

_____

**NAUSHEEN ADNAN, Appellant**

**V.**

**CHERYL DANIELS, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2020-28295**

## MEMORANDUM OPINION

Appellant Nausheen Adnan and appellee Cheryl Daniels have filed a joint motion to dismiss this appeal because the parties have reached an agreement to settle their differences. The parties ask that we dismiss the appeal, tax costs against the party incurring same, and issue the mandate immediately directing release of the

supersedeas funds in accordance with the trial court's order of June 13, 2025, ordering the release of the cash deposit in lieu of supersedeas bond in the amount of $141,034.50. Appellant has also filed a motion to expedite issuance of the mandate. *See* TEX. R. APP. P. 18.1(c).

We grant the motion to dismiss and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We grant the motion and direct the Clerk of the Court to issue the mandate immediately. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.